| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Stewart K. Price | Social Security number or ITIN   xxx–xx–4133 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Dedre L. Price | Social Security number or ITIN   xxx–xx–9170 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–19917–JNP | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stewart K. Price

Dedre L. Price
aka Dedre L. Johnson, aka Deidra Johnson

8/6/21

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Stewart K. Price  
Dedre L. Price  
    Debtors

Case No. 16-19917-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: 3180W | Total Noticed: 56 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stewart K. Price, Dedre L. Price, 46 North Maple Avenue, Marlton, NJ 08053-3020 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 516192276 | + | Cap1/l&t, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516192284 | + | Dept Of Ed/Navient, Attn: Claims Dept, Po Box 9400, Wilkes Barr, PA 18773-9400 |
| 516192287 | + | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 516394178 | + | Freedom Mortgage, Attention: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 516192288 | + | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 516200406 | | Freedom Mortgage Corporation, Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| 516192289 | | Gateway One Lending & Finance, 1601 Riverview Dr Ste 100, Anaheim, CA 92808 |
| 518990642 | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 518772332 | | SantanderConsumerUSA Inc as, servicing agent forGateway,, OneLending&Finance,LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 518772333 | | SantanderConsumerUSA Inc as, servicing agent forGateway,, OneLending&Finance,LLC(Gateway), P.O. Box 560284 Dallas, TX 75356, SantanderConsumerUSA Inc as servicing agent forGateway, |
| 516376138 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517435708 | + | Toyota Motor Credit Corporation, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516192295 | + | Trumark Financial Cu, 1000 Northbrook Dr, Trevose, PA 19053-8430 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 06 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516237654 | | EDI: GMACFS.COM | Aug 07 2021 00:23:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 516192273 | + | EDI: GMACFS.COM | Aug 07 2021 00:23:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 516192274 | + | EDI: CBSAMERIMARK | Aug 07 2021 00:23:00 | AmeriMark, PO Box 2845, Monroe, WI 53566-8045 |
| 516261130 | + | EDI: CBSAMERIMARK | Aug 07 2021 00:23:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516192275 | + | EDI: BANKAMER.COM | Aug 07 2021 00:23:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516192277 | + | EDI: CAPITALONE.COM | Aug 07 2021 00:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516213661 | + | EDI: AISACG.COM | Aug 07 2021 00:23:00 | Capital One Auto Finance, c/o Ascension Capital Group, P.O. Box 201347, Arlington, TX 76006-1347 |

Case 16-19917-JNP    Doc 45    Filed 08/08/21    Entered 08/09/21 00:16:06    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: 3180W | Total Noticed: 56 |

| | | | |
|---|---|---|---|
| 516273986 | EDI: CAPITALONE.COM | Aug 07 2021 00:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516392359 | EDI: BL-BECKET.COM | Aug 07 2021 00:23:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516404637 | + EDI: BASSASSOC.COM | Aug 07 2021 00:23:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 516192278 | + EDI: CITICORP.COM | Aug 07 2021 00:23:00 | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516192279 | + EDI: CITICORP.COM | Aug 07 2021 00:23:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516192280 | + EDI: CITICORP.COM | Aug 07 2021 00:23:00 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 516192281 | + EDI: CITICORP.COM | Aug 07 2021 00:23:00 | Citibank/Goodyear, CitiCorp Credit Card Services/Attention, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516192282 | + EDI: WFNNB.COM | Aug 07 2021 00:23:00 | Comenitycapital/dvdsbr, Po Box 182125, Columbus, OH 43218-2125 |
| 516192283 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 06 2021 20:34:55 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 516218283 | + EDI: DISCOVER.COM | Aug 07 2021 00:23:00 | Discover Bank, Discover Products Inc, POB 3025, New Albany OH 43054-3025 |
| 516192285 | + EDI: DISCOVER.COM | Aug 07 2021 00:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 518551070 | + EDI: AISACG.COM | Aug 07 2021 00:23:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516192286 | + EDI: BLUESTEM | Aug 07 2021 00:23:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 516227490 | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Aug 06 2021 20:26:00 | Gateway One Lending & Finance, 160 N Riverview Drive, Ste 100, Anaheim, CA 92808 |
| 516192290 | EDI: CBSMASON | Aug 07 2021 00:23:00 | K Jordan, PO Box 2809, Monroe, WI 53566-8009 |
| 516259163 | + EDI: CBSMASON | Aug 07 2021 00:23:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516192291 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 06 2021 20:26:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516391009 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2021 20:34:56 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516348095 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2021 20:34:56 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516346996 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2021 20:34:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516192292 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2021 20:34:52 | Merrick Bank/Geico Card, Po Box 23356, Pittsburg, PA 15222-6356 |
| 516334186 | + EDI: MID8.COM | Aug 07 2021 00:23:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 516394055 | EDI: NAVIENTFKASMSERV.COM | Aug 07 2021 00:23:00 | Navient Solutions Inc. on behalf of, Department of |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: 3180W | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | | Education Services, P.O. Box 9635, Wilkes-Barre PA. 18773-9635 |
| 516403876 | | EDI: PRA.COM | Aug 07 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 516404593 | | EDI: PRA.COM | Aug 07 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Sears Gold Mastercard, POB 41067, Norfolk VA 23541 |
| 516379276 | | EDI: Q3G.COM | Aug 07 2021 00:23:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516301899 | | EDI: Q3G.COM | Aug 07 2021 00:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516192293 | + | EDI: RMSC.COM | Aug 07 2021 00:23:00 | Synchrony Bank/Pep Boys, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516192294 | | EDI: TFSR.COM | Aug 07 2021 00:23:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 516241804 | + | Email/Text: dbogucki@trumark.org | Aug 06 2021 20:27:00 | Trumark Financial Credit Union, 335 Commerce Drive, PO Box 8127, Ft. Washington, PA 19034-8127 |
| 516301854 | | EDI: WFFC.COM | Aug 07 2021 00:23:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 516192296 | + | EDI: WFFC.COM | Aug 07 2021 00:23:00 | Wells Fargo Financial Nat'l Bk/Bobs Disc, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, Attention: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 516394179 | *+ | Freedom Mortgage Corporation, Attention: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 06, 2021 | Form ID: 3180W | Total Noticed: 56 |

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Joseph J. Rogers
    on behalf of Debtor Stewart K. Price jjresq@comcast.net  jjrogers0507@gmail.com

Joseph J. Rogers
    on behalf of Joint Debtor Dedre L. Price jjresq@comcast.net  jjrogers0507@gmail.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@blankrome.com  bkgroup@kmllawgroup.com

Phillip Andrew Raymond
    on behalf of Creditor Freedom Mortgage Corporation phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Robert P. Saltzman
    on behalf of Creditor Freedom Mortgage Corporation dnj@pbslaw.org

William M. E. Powers, III
    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

TOTAL: 10